UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KEEHFUS LIMITED PARTNERSHIP,
KEEHFUS HOLDING CO., LLC, and
GARY L. KEEHFUS,

    Plaintiffs,

-against-

Civil Action No.: 06-CV-0987 GLS/DRH

FROMKIN ENERGY, LLC, and
LEWIS FROMKIN,

    Defendants.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Keehfus Limited Partnership, Keehfus Holding Co. and Gary Keehfus and Defendants Fromkin Energy, LLC and Lewis Fromkin, pursuant to Rule 41(a), Fed. R. Civ. P., hereby jointly stipulate and agree to the dismissal of all claims raised in this action with prejudice, including all claims in the Complaint and all claims raised by Defendants in their Counterclaim. The parties shall bear their own attorneys' fees and costs.

Respectfully Submitted,

_____
BENJAMIN F. NEIDL
NY Bar Roll No. 512303
Benjamin.neidl@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER
677 Broadway
Albany, New York 12207
Telephone: (518) 449-8893
Fax: (518) 449-8927
COUNSEL FOR PLAINTIFFS
Dated: September 2, 2008

_____
JON L. SWERGOLD
Fla. Bar No. 108510
swergoldj@gtlaw.com
GREENBERG TRAURIG
401 East Las Olas Blvd.
Suite 2000
Ft. Lauderdale, Florida 33301
Telephone: (954) 765-0500
Fax: (954) 765-1477
COUNSEL FOR DEFENDANTS
9/3/08

SO ORDERED:

_____
U.S. District Judge
Date: 9/9/08